**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Document # __8__

--------------------------------------

Haynes

-v-

Haynes

--------------------------------------

USCA NO. _____

SDNY NO. __07 cv 4441__

JUDGE: __KMW__

DATE: __Aug 28 2007__

*[Stamp: U.S. DISTRICT COURT FILED AUG 28 2007 S.D. OF N.Y.]*

### INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME) __THOMAS PISARCZYK__
FIRM __APPEALS SECTION__
ADDRESS __UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY__
__500 PEARL STREET, NEW YORK, NEW YORK 10007__
PHONE NO. __(212) 805-0636__

DISTRICT COURT DOCKET ENTRIES --------------------------------------------------------

DOCUMENTS                                                                  DOC#

Clerk's Certificate

See Attached List of Numbered Documents

(X) Original Record                                    (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 28th Day of AUGUST, 2007.

**United States District Court for
the Southern District of New York**

Date: AUG. 28, 2007

U.S.C.A. # _____

Haynes

-V-

U.S.D.C. # 07 cv 4441

D.C. JUDGE KMW

Haynes

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __6__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

**Date Filed**                **Document Description**

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 28th Day of August In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-04441-KMW
### Internal Use Only

Haynes v. Haynes
Assigned to: Judge Kimba M. Wood
Cause: 28:1331 Fed. Question: Other

Date Filed: 05/30/2007
Date Terminated: 05/30/2007
Jury Demand: None
Nature of Suit: 443 Civil Rights: Accomodations
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 05/30/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Walter S. Haynes.(laq) (Entered: 06/04/2007) |
| 05/30/2007 | 2 | COMPLAINT against Marc P. Haynes. Document filed by Walter S. Haynes.(laq) (Entered: 06/04/2007) |
| 05/30/2007 | | Magistrate Judge Henry B. Pitman is so designated. (laq) (Entered: 06/04/2007) |
| 05/30/2007 | 3 | ORDER OF DISMISSAL,,,Plaintiff's request to proceed in forma pauperis is granted but, for the reasons set forth within, plaintiff's complaint is dismissed. Accordingly, as plaintiff's complaint reveals no basis for the exercise of subject matter jurisidiction over plaintiff's suit, the complaint is dismissed. I certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 5/30/7) (laq) (Entered: 06/05/2007) |
| 05/30/2007 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 5/30/7) (laq) (Entered: 06/05/2007) |
| 07/31/2007 | 6 | NOTICE OF APPEAL from [4] Judgment - Sua Sponte (Complaint). Document filed by Walter S. Haynes. (tp) (Entered: 08/24/2007) |
| 07/31/2007 | | Appeal Remark as to [6] Notice of Appeal filed by Walter S. Haynes. $455.00 APPEAL FEE DUE. IFP REVOKED 5/3/07. (tp) (Entered: 08/24/2007) |
| 08/20/2007 | 5 | ORDER: In light of fact that plaintiff is appearing pro se, his Motion for Extension of Time to file a Notice of Appeal is GRANTED. The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 8/20/07) (tro) (Entered: 08/21/2007) |
| 08/24/2007 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [6] Notice of Appeal. (tp) (Entered: 08/24/2007) |
| 08/24/2007 | | Transmission of Notice of Appeal to the District Judge re: [6] Notice of Appeal. (tp) (Entered: 08/24/2007) |