MANDAT

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE, NEW YORK, N.Y. 10007

Catherine O'Hagan Wolfe
CLERK OF COURT

**Date:** 11/28/07

**Docket Number:** 07-3707-cv

**Short Title:** Haynes v. Haynes

DC Docket Number: 07-cv-4441

DC: SDNY (NEW YORK CITY)

DC Judge: Honorable Kimba Wood

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 28th day of November , two thousand seven .

Haynes v. Haynes



**ORDER OF DISMISSAL**

NOTICE HAVING BEEN GIVEN TO APPELLANT, requiring said party to provide the Court with a motion in compliance with FRAP 27 and Local Rule 27(a), identifying the issues intended to raise on appeal, and stating facts and a brief statement of reasons showing that each issue has likely merit, and APPELLANT HAVING FAILED to provide the Court with such explanation within the TWENTY-ONE DAYS prescribed, THIS APPEAL IS HEREBY DISMISSED. Any motion pending prior to the entry of this order is deemed MOOT.

For the Court:
Catherine O'Hagan Wolfe, Clerk

By: _Steglic_

Anna Steglich, Deputy Clerk

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by_____
DEPUTY CLERK

Certified    NOV 2 8 2007